# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEROY THOMAS, III

NO. 2023 KW 0181

**APRIL 24, 2023**

---

In Re:   Leroy Thomas, III, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 28512.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**   Relator was convicted of second-degree cruelty to a juvenile and properly sentenced to twenty-five years at hard labor pursuant to La. R.S. 14:93.2.3.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.s._

DEPUTY CLERK OF COURT
FOR THE COURT